Clerk of the U.S. Dist. court.                    1-24-08

This letter is to advise you of my change of address. My new address is:

Patrick Burke V-09946
CMF  R-101-L
P.O. Box 2000
Vacaville, CA.
        95696-2000

This change of address is for my "Writ of Habeas Corpus" Case # C-07-2832-MMC-(PR).

Thank You,

[signature]

FILED

RECEIVED JAN 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
JAN 28 2008 NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA