IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK D. BURKE,

        Petitioner,

v.

WARDEN D.K. SISTO,

        Respondent.
_____/

No. CV-07-2832 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** more than sixty days have passed since petitioner's mail was returned to the Court as undeliverable and petitioner has not notified the Court of his correct current address. Accordingly, the above-titled action is hereby DISMISSED without prejudice.

Dated: August 19, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk